

Koeuer 5
Slidos AND

# CYC By-laws

As of
February 13, 2003

The By-laws below are not indexed, to find sometime specific, Please use your browser 'EDIT' function, then select 'FIND IN PAGE'.

---

CAPITAL YACHT CLUB

Organized 1892

Incorporated 1926

ARTICLES OF INCORPORATION

Recorded February 19, 1926

BY-LAWS

Revised and Reprinted - December 1987

Amended and Reprinted - September, 1988

Revised and Reprinted - August 1995

ARTICLES OF INCORPORATION

Organized 1892 and Incorporated 1926

THE DISTRICT OF COLUMBIA

Recorded February 19, 1926

We the undersigned, all being citizens of the United States, and the majority being citizens of the District of Columbia, for the purpose of organizing a corporation under and by virtue of an Act of Congress of the United States in effect January 1, 1902 entitled "A Code of Laws for the District of Columbia" Chapter XVIII, and all laws amendatory thereof and supplementary thereto, do hereby certify and set forth:

FIRST The name of the Corporation shall be "CAPITAL YACHT CLUB".

SECOND The duration of its existence shall be perpetual.

THIRD The particular business and objects of the said corporation are mutual improvement of the study and practice of yacht

sailing, motor boating, navigation, and seamanship for recreation.

FOURTH The management of the affairs of the Club shall be vested in a Board of Directors consisting of (9) members. The Directors shall be elected as specified in the By-laws.

FIFTH All members of the present association known as CAPITAL YACHT CLUB shall be eligible to permanent membership in this corporation members shall be elected to membership in this corporation upon payment of an initiation fee, the same to be paid at such time and in such a manner as the Directors by By-laws may prescribe, and said Members shall thereupon be eligible for election to the Board of Directors.

SIXTH This corporation shall have the power to issue bonds, debentures, and other evidence of indebtedness, but no capital stock shall ever be issued by the corporation.

SEVENTH The operations of the corporation are to be carried on in the City of Washington, District of Columbia, and the management office of the corporation shall be at the Club House of the Capital Yacht Club in the City of Washington, District of Columbia.

EIGHTH The names and addresses of the trustees who are to manage the affairs of the corporation until the first annual meeting are as follows:

Melville D. Church, Washington, D. C.

Richard S. Doyle, Washington, D. C.

Collingswood Sanborn, Washington, D. C.

Lyman F. Hewins, Washington, D. C.

G. W. Forsberg, Washington, D. C.

Daniel H. Fowler, Washington, D. C.

Charles F. Denley, Washington, D. C.

In witness wherefore we hereunto set out hands this 18th day of February in the year Nineteen Hundred Twenty-six.

(SIGNED) MELVILLE D. CHURCH

(SIGNED) RICHARD S. DOYLE

(SIGNED) COLLINGSWOOD SANBORN

(SIGNED) LYMAN F. HEWINS

(SIGNED) G. W. FORSBERG

(SIGNED) DANIEL H. FOWLER

(SIGNED) CHARLES F. DENLEY

[CORPORATE SEAL]

UNITED STATES OF AMERICA,)

District of Columbia.) To-wit:

I, Mamie Carolyn Giles, a notary public in and for the District of Columbia, aforesaid, do hereby certify that Melville D. Church, Richard S. Doyle, Collingswood Sanborn, Lyman F. Hewins, G. W. Forsberg, Daniel H. Fowler, and Charles F. Denley parties to the foregoing and annexed certificates of incorporation of the CAPITAL YACHT Club of the District of Columbia, bearing date of the 18th day of February, in the year Nineteen Hundred TwentySix, personally appeared before me in the District aforesaid and said Melville D. Church, Richard S. Doyle, Collingswood Sanborn, Lyman F. Hewins, G. W. Forsberg, Daniel H. Fowler, and Charles F. Denley persons who made and signed the said certificate and severally acknowledged the same to be their act and deed for the purposes therein set forth.

Witness my hand and seal this 18th day of February, in the year Nineteen Hundred and TwentySix.

(Sgd) Mamie Carolyn Giles

Notary Public

ARTICLE I - SEAL

The corporate seal of the Club shall have inscribed the words "Capital Yacht Club" around the words "Corporate Seal".

ARTICLE II - MEMBERSHIP

Section 1. Availability of Membership

Membership to this organization is available on a non-discriminatory basis in regard to race, religion, color, national origin, or sex.

Section 2. Membership Limits

The membership limits in the Club shall be ten (10) Honorary members and two hundred (200) Active members. The limits for Life, Associate, and Cruising members shall be established by the Board of Directors.

Section 3. Active Membership

Active Members are those who have complied with the entrance requirements of that class, who have been elected to active membership, and who continue to pay the dues thereof.

They shall have all the privileges of the Club.

Section 4. Associate Membership

Associate Members are those who have complied with the entrance requirements of the class, who have been elected to associate membership, and who continue to pay the dues thereof.
They shall have the following privileges: to dock their boats at the Club facilities under transient Privileges and rates authorized for their class of membership; to participate in all social events of the Club, to carry a membership card and to enjoy other privileges that may be extended by each Board of Directors.
Associate members shall not have the privileges: to vote, to hold office, to keep a yacht at the Club facilities under a docking or berthing agreement, and to fly the Club pennant.

Section 5. Cruising Membership

Cruising Members are former Active Members who no longer reside in the area defined by the Chesapeake Bay and its tributaries, who have applied in writing to the Board of Directors for transfer to this class, who have been elected to this class, and who continue to pay the dues thereof.
A Cruising Member shall automatically be granted a return to Active membership upon written application. Cruising membership, and hence the right to return to Active membership may be terminated by the Board of Directors for cause, including actions which reflect negatively on the Club.

They shall have the privilege to fly the Club pennant, to enter regattas, to carry a membership card, to attend social events, to receive mailings and to receive most favored transient rates.

Section 6. Life Membership

Eligibility for election to Life Membership requires:
(a) A minimum of fifteen (15) years of Active Membership in the Club.
(b) A minimum age of sixty two (62).
(c) Active participation in Club affairs in an elected or appointed capacity.
A Life Member shall be accorded all the privileges of an Active Member, except to hold elected office.

Section 7. Honorary Membership

Honorary Members are persons of marked distinction who shall be accorded by the Board of Directors the privileges of the Clubhouse without payment of entrance fees, dues, or assessments.

Section 8. Members in Good Standing

A Member in good standing shall be one who has no indebtedness to the Club which has not been paid within thirty (30) days from the date of the invoice and has complied and is complying with all the provisions of the Club Constitution, Bylaws, and Rules.

ARTICLE III - ELECTION OF MEMBERS

Section 1. Sponsorship of Applicants for Membership

Applicants for Active membership must be sponsored by two Active Members.

Applicants for Associate Membership must be sponsored by two members either Active or Associate.

Section 2. Posting of Application

Completed Application for membership must be posted on the Club bulletin board for at least ten (10) days prior to the date the Board of Directors acts upon the election of the Applicant.

Section 3. Election Requirements

A majority vote of the total Members of the Board of Directors is required to elect a Life Member.
A majority vote of the Board Members present is required to elect an Active, Associate, or Cruising Member.
A unanimous vote of the Board of Directors is required to elect an Honorary Member.

Section 4. Transfer of Membership to Spouse

An Active or Associate member may request that his/her membership be transferred to his/her spouse or equivalent without payment of initiation fee and with retention of seniority rights. The requirements for application, posting and election for that class of membership (Active or Associate) shall be followed.

Section 5. Transfer of Membership Upon Death of an Active or Life Member

An Active or Life Member may request that his/her membership be transferred to his/her spouse or equivalent upon the member's death without payment of initiation fee and with retention of seniority rights. The requirements for application and approval of that class of membership (Active or Life) shall be followed. At the time of application the Board may choose to approve the transfer of a surviving spouse or equivalent of a Life member to Active rather than Life membership should the spouse or equivalent not meet the requirements for Life membership (other than years as an Active member). This decision may be reviewed by the Board at the Life member's request at any time prior to the death of the Life member.

ARTICLE IV - SENIORITY

Section 1. Date of Seniority

   The date used to determine Seniority ranking within the Club shall be the date that an Active member was elected to membership by the Board of Directors. If more than one Member is elected on the same date, the date of application shall be used to establish seniority ranking.

Section 2. Membership Number Assignment

   Membership numbers shall be assigned to reflect the order of seniority.

Section 3. Re-election

   In the case of resignation and re-election, the date of membership and seniority ranking shall be established by the date of re-election.

Section 4. Transfer from other Membership Class

   In the case of return to Active membership from any category of membership other than Life member, the seniority ranking shall be established by the date of return to full Active status.
   A Life member may apply for return to Active Membership and upon election will maintain the seniority ranking currently held as a Life Member.

ARTICLE V - OFFICERS AND DIRECTORS

Section 1. Officers

   The Officers of the Capital Yacht Club shall consist of a Commodore, a Vice Commodore, and a Rear Commodore, who are flag officers, and a Secretary.

Section 2. Board of Directors

   The Board of Directors shall consist of nine (9) to include the Commodore, Vice Commodore, Rear Commodore, Secretary, and five (5) members at Large.

ARTICLE VI - DUTIES OF OFFICERS AND BOARD OF DIRECTORS

Section 1. Duties of the Commodore

   It shall be the duty of the Commodore to take command of the squadron. Under the direction of the Board of Directors, the Commodore shall serve as chief executive officer in the exercise of overall responsibility and authority for the general management and control of the clubhouse, docks, anchorage and other property and affairs of the Club. The Commodore shall preside at all meetings of the Club, appoint all committees with the exception of the Nominating Committee, remove any appointee and enforce the Bylaws, rules and regulations of the Club.

Section 2. Duties of the Vice Commodore

   It shall be the duty of the Vice Commodore to assist the Commodore in the discharge of the Commodore's duties, and to officiate in the Commodore's absence. The Vice Commodore will assist in the management of the Club house, Docks and Grounds.

Section 3. Duties of the Rear Commodore

   It shall be the duty of the Rear Commodore to assist in the discharge of the Commodore's and Vice Commodore's duties, and to officiate in their absence. The Rear Commodore will also assist in the management of the Clubhouse,

Docks and Grounds.

Section 4. Duties of the Secretary

It shall be the duty of the Secretary:
to keep a true record of the proceedings of all the meetings of the Club and Board of Directors in books provided for that purpose;
to keep a correct list Of the name, ownership, rig and dimensions of each yacht enrolled in the Club;
to keep a current roll of the Members of the Club;
to compile a list of names of all Active and Life members in good standing for election meetings. Prepare, distribute, receive, authenticate, and cast Absentee Ballots for elections;
to have custody of the Club Seal and affix the seal when necessary;
to be responsible for filing all records, reports, and other documents connected with the business of the Club;
to maintain all records of the Club at the Clubhouse and/or at a place designated by the Board of Directors. The Treasurer's records shall be available for inspection at all times to the flag officers and the Club's auditors.
to notify each Member of the time and place of each special meeting at least ten (10) days before the special meeting;
to date and post, upon receipt, each application for membership on the bulletin board and notify the Admissions Committee; to notify each Member of election, to assign a membership number, and to furnish a copy of these By-laws;
to arrange for printing of the yearbook, By-Laws, minutes of all meetings, and monthly newsletter as directed by the Board of Directors;
to notify Members when dropped from the rolls;
to receive all resignations for presentation to the Board;
and in case of inability to attend any meeting of the Club or Board of Directors, to cause the necessary books and papers to be conveyed to the place of meeting.

Section 5. Duties of the Board of Directors

The Board of Directors shall have general charge and control of the policies, administration, and finances of the Club. The Board of Directors is empowered to:
approve any contract, lease, rental or any other type legal and/or financial obligation on behalf of the Club which does not extend beyond a period of eighteen months, or would not obligate the Club to make payments or retain services for more than eighteen months. The general membership retains authority to approve obligations exceeding eighteen months.
expend money for the expenses of the Club in accordance with an approved budget proposed by the Board of Directors and approved by the Membership.
investigate or direct the investigation of any matter which affects the welfare or safety of the Club and its Members and investigate or direct the investigation of any Member or Guest who may have failed to comply with the provisions of the By-Laws or Club Rules and take action as prescribed in these By-laws.
increase, diminish, or suspend the entrance fee or the dues and to charge any fee or price related to Club business; and, when deemed necessary by the Board, levy a special assessment against members;
employ or discharge personnel who will be supervised by the appropriate Flag Officer;
to resolve any question of jurisdiction of all other organizational entities in the Club.

ARTICLE VII - ELECTION OF OFFICERS AND BOARD OF DIRECTORS

Section 1. Date of Election

The election of Officers and Directors shall take place in the City of Washington, on the second Tuesday in December in each Year.

Section 2. Term of Officers

The Commodore, Vice Commodore, Rear Commodore, and Secretary shall be elected for a term of one (1) year and may be re-elected to no more than one (1) additional consecutive term of one (1) year in the same office.

Section 3. Term of Board of Directors

Members at Large shall be elected for a period of two (2) years, and may be re-elected to no more than one (1) consecutive term of two (2) years as a Member at Large.
In years ending with an even number, three (3) Members at Large shall be elected to serve a two (2) year term. In years ending in an odd number two (2) Members at Large shall be elected to serve a two (2) year term.

Section 4. Start of Elected Term

The term of each Officer and Director shall begin at the adjournment of the annual meeting on the second Tuesday of December.

Section 5. Ballot for Officers

Election of Flag Officers and Secretary shall be by single ballot. The candidate receiving the highest number of votes for each office shall be the winner. The Secretary shall compile a list of names of all Active and Life members in good standing as of the election meeting in December. In the event that there is more then one candidate for the office, the secretary will call the name of each member in good standing present who will step forward and cast a ballot and the Secretary shall check the name of each Member as the ballot is cast. If when called by the Secretary, a member does not respond and the Secretary has a previously submitted Absentee Ballot, the Secretary shall cast the ballot and annotate the list of members in good standing.

Section 6. Ballot for Board of Directors

Election of Members to the Board shall be by separate single ballot. A ballot shall not be valid if a Member votes for a greater number of nominees than the number of existing vacancies. Absentee Ballots shall be cast by the Secretary.

Section 7. Tie Vote

If a tie vote prevents the election of a candidate for a particular office, another, vote by Active and Life members present in good standing, for that office shall be taken by a ballot that excludes any candidates who received fewer votes for that office.

Section 8. Vacancies

Any vacancy that may occur in the Board of Directors shall be filled no later than the second regular membership meeting after the vacancy occurs. Such vacancy shall be filled at a regular or special meeting by majority vote of the Active and Life Members in good standing. Such Members must be present or have submitted an Absentee Ballot to be cast by the Secretary. Notice of such meeting must have been posted on the bulletin board and sent to Active and Life Members at least ten (10) days before the meeting.

(a) The notice shall include the name of one candidate, nominated by a Nominating Committee, for each vacancy.
(b) The name of any nominee to be nominated from the floor must be submitted to the Secretary for posting on the bulletin board at least five (5) days before the election meeting. This restriction on nominations shall not apply if all other nominees have withdrawn their names.
(c) If more than one vacancy occurs in the Board of Directors, other than officer positions, the vote shall be on a single ballot, and the nominees receiving the highest number of votes shall be elected. A ballot shall not be valid if a Member votes for a greater number of nominees than the number of existing vacancies. The nominee with the most votes shall occupy the vacancy with the longest remaining term of service.
(d) If a vacancy occurs for which the remaining term of service exceed twelve months, a current member at large may run for that position without the risk of losing his/her current position. In the event that such member is elected, the nominee with the second highest total votes shall fill his/her remaining term.

Section 9. Removal from Office

Any person holding an elective office may be removed from that office by a vote of the general membership at a special meeting called for the specific purpose of considering such removal and providing that the notice, quorum, and voting requirements are satisfied as set forth herein.

ARTICLE VIII - NOMINATION OF OFFICERS AND DIRECTORS

Section 1. Good Standing of Nominees

All nominees for elective office must be Active Members in good standing.

Section 2. Nominees for Flag Officer

Only members who were owners in whole or in part of a yacht enrolled in the Club, under a dockage agreement, for six of the preceding twelve months preceding nomination shall be eligible for nomination for the offices of Commodore, Vice Commodore, and Rear Commodore.

Section 3. Years of Service

Years of service as a Board Member shall not constrain election to the offices of Commodore, Vice Commodore, Rear Commodore or Secretary; and visaversa.

Partial service of more than six (6) months shall be construed as one (1) year of service for the purposes concerning eligibility for nomination.

Section 4. Nomination Meeting

Nomination for each of the elective offices will be made from the floor by members in good standing during the general membership meeting of October. The nominations are to be published in the regular notices prior to the November Meeting.

Section 5. Nominating Committee

If there is a vacancy or any elective office has no nominee during the October general membership meeting, a nominating committee will be appointed in accordance with the By-laws.

Section 6. Posting of Nominations

Names of all nominees shall be posted by the Secretary on the bulletin board immediately after the November general membership meeting for election during the December meeting. A member may accept nomination for only one office. No subsequent nomination shall be made between the November meeting and the December meeting except in the case of extraordinary circumstances.

ARTICLE IX - COMMITTEE AND OTHER APPOINTMENTS

Section 1. Committees Appointed by the Board of Directors

Nominating

A Nominating Committee consisting of five (5) Active and/or Life Members shall be elected by the Board of Directors when no nominees for elective office are made from the floor during the October General Membership meeting or in the event of a vacancy.

Section 2. Other Appointments by the Board of Directors

Treasurer

The Board of Directors shall employ or appoint a non-Member, or appoint a Member of the Club, as Treasurer.

It shall be the duty of the Treasurer:

to receive all the moneys of the Club, keeping a correct account of the same;

to pay recurring monthly and other periodic expenditures for item contracted by the Club and approved by the Board of Directors either directly or as identified in an adopted budget;

to pay nonrecurring expenditures approved directly by the Board of Directors; or when funds for this classification of expenditure have been allocated in an adopted budget, pay upon approval of the appropriate flag officer; to obtain the countersignatures of an approved Club Officer on checks for payment of any nonrecurring expense that exceeds a limit set by the Board of Directors;

to make a detailed report at each regular meeting of the Board of Directors of all the receipts and disbursements, with a statement of the amount of money then on hand;

to furnish a detailed annual report of all receipts and disbursements of the Club;

to notify the Board of Directors of the names of all Members whose accounts are delinquent;

to furnish bond at the discretion of the Board of Directors for the faithful accounting of all funds, such bond to be paid for by the Club;

to have custody of all funds of the Club and deposit same in the name of the Club as directed by the Board of Directors and to have the accounts audited at least once a year by an Accountant;

to maintain fiscal year accounting from 1 January to 31 December;

to arrange for a statement of accounts to be prepared annually by a certified public accountant retained by the Board of Directors;

to make such statements available for inspection by any Member of the Club within six (6) months after the end of the fiscal year;

and the Treasurer's authority shall be limited to provisions in this section, leaving all authorizations for expenditures vested in the Board of Directors.

### Measurer

The Measurer shall be an honorary position bestowed annually by the Board of Directors on any Active Member who has given dedicated service to the Club. The Measurer shall not be a Member of the Board unless elected to a Board position.

### Section 3. Committees appointed by The Commodore

Upon election, the Commodore shall appoint the following Committees and such other Committees as he may deem necessary or advisable in the interest of the Club.

### Admissions

may consist of Life, Active, and Associate Members. At least three (3) shall be Active members.
duties shall be to examine and consider the qualifications and fitness of each candidate for membership in the Club, and report its findings to the Board of Directors.

### Budget and Finance

may consist of Life, Active, and Associate Members. At least three (3) shall be Active members.
duties shall be to prepare an annual budget for approval of the Board of Directors and to audit the accounts of the Treasurer.

### Grievance

shall consist of three (3) Members who are either Active or Life Members.
duties shall be to investigate any clubrelated complaint submitted to the Committee in writing, to show a copy to any Member complained against, to consider the Member's response, and to report findings to the Board of Directors for the Board's use in reaching a decision concerning any disciplinary measure.

### House

shall consist of at least three (3) Members.
Duties shall be to assist the Commodore in the overall maintenance and management of the Clubhouse Facilities.

Dock

    shall consist of at least four members and shall include at least one (1) Member from each Dock with Dockage or berthing agreements.
    duties shall be to assist the Commodore in the overall maintenance and management of the Docks.

Regatta

    shall consist of at least three (3) Members
    duties shall be to submit Regatta recommendations for the approval of the Board of Directors and to conduct all Regattas of the Club according to such rules as the Board of Directors may prescribe.

Entertainment

    shall consist of at least three (3) Members
    duties shall be to assist the Commodore in the conduct of all entertainment's and other social functions of the Club.

Section 4. Other Appointments by the Commodore

Parliamentarian

    The Commodore shall appoint a parliamentarian who shall serve during general membership meetings.

Fleet Officers

    A Fleet Captain, Fleet Surgeon, and MasteratArms may be appointed by the Commodore who shall define their duties.

ARTICLE X - MEETINGS

Section 1. Types of Meetings

Board of Directors

    The regular meetings of the Board of Directors shall be held on the second and fourth Monday of each month.

General Membership

    General Membership meetings of the Club shall be held on the second Tuesday in each month.

Special

    Special meetings of the Board of Directors and General Membership shall be called as necessary in accordance with the requirements of these By-laws.

Section 2. Calling a Special Meeting

    The Commodore may call a special meeting of the Club or the Board of Directors at any time. The Commodore is required to call a special meeting at the written request of twenty (20) Active Members of the Club or by six (6) members of the Board of Directors.

Section 3. Notice of Meetings - Special Meeting

Consideration of Long Term Commitment

The Board of Directors shall notify the Active membership in writing at least ten (10) days in advance of any special or general membership meeting during which the Board will submit proposed obligations for approval of the Active membership. The notice shall include the proposal(s) and such background information as may be desirable. Board Members who object to the proposal(s) shall be given a reasonable opportunity to submit their arguments for inclusion with the notice.

### Removal from Office

Notice of a special meeting to consider removal of an elected officer from office shall be provided by the Secretary in writing to each Active Member at least ten (10) days prior to the meeting and will include specific and signed charges that the office holder has conducted himself in a manner prejudicial to the interests of the Club and/or has failed to comply with the By-laws of the Club, including but not limited to his specific responsibilities.

## Section 4. Quorum

### Board of Directors

A quorum at any Board of Directors meeting shall consist of not less than six (6) of its Members.

### General Membership

A quorum at any regular or special meeting shall consist of not less than onefifth (1/5) of the Active Members in good standing in the Club.

## Section 5. Voting

### Board of Directors

Only Board Members present and in good standing may participate and vote in the deliberations of the board. Proxy voting at Board meetings is not permitted.

### General Membership

Only Active and Life Members present and in good standing may vote at any meeting. Proxy voting is not permitted. Absentee Ballots may be cast by the Secretary only at Election Meetings.

## Section 6. Minimum Voting Approval Requirements

### Consideration of Long Term Commitment and Removal from Office

Approval shall be by two-thirds (2/3) of the Active membership present and voting or by one-third (1/3) of the Active membership, whichever number is greater.
Proposals may be amended on the floor, but approval of an amended proposal shall require subsequent approval by the Board of Directors.

## Section 7. Order of Business

### General Membership

The following order of business should be observed at general membership meetings:

1. Roll Call

2. Reading of Minutes

3. Election of Officers (annual)

4. Amendments to By-laws

5. Secretary's report

6. Flag officers' reports

7. Treasurer's report

8. Committee reports

9. Reports of delegates to other organizations

10. Unfinished business

11. For the good of the Club

12. New Business

13. Adjournment

Special

> At special meetings no business shall be transacted except that stated in the notice of the meeting.

Section 8. Robert's Rules

> In conducting Club meetings, where By-laws do not specifically provide otherwise, Robert's Rules of Order shall govern.

ARTICLE XI - FEES/DUES/ASSESSMENTS

Section 1. Entrance Fees and Dues

> The Entrance Fee and Dues for all classes of Members shall be as determined by the Board of Directors. They shall become effective upon written notice to the Members and shall be appended to these Bylaws.

Section 2. Honorary and Life Member

> Honorary and Life Members shall be exempt from entrance fees, dues, and assessments, but not from charges related to docking a boat at the Club.

Section 3. Active and Associate Member

> Applicants for Active and Associate Membership shall pay the prevailing entrance fee.

Section 4. Transfer of Membership Class

> An Active Member upon written request may transfer to Associate Membership without payment of an entrance fee. An Associate Member, upon election to Active Membership shall pay the prevailing entrance fee less the prevailing entrance fee for an Associate Membership.
> Life and Cruising Members may return to Active Membership upon written application and election without payment of entrance fees.

Section 5. Payment of Dues

    Dues for Active Members shall be paid in advance either annually, monthly or in equal quarterly installments.
    Dues for Associate and Cruising Members shall be paid in advance quarterly.

Section 6. Payment of Slip Fees

    Slip fees for Active Members shall be paid in advance either annually, monthly or in equal quarterly installments.

Section 7. Delinquent Account Posting

    The name of any Member whose account is not paid within thirty (30) days from the date of the invoice and the amount of indebtedness shall be posted on the Club bulletin board.

Section 8. Delinquent Account Loss of Membership

    If payment is not made within sixty (60) days from the date of the invoice the Member may be dropped from the Club roll.
    If payment is not made within ninety (90) days from the date of the invoice, the Member shall be dropped from the Club roll.
    A Member whose account has been delinquent four (4) times during a twelve (12) month period shall be dropped from the Club roll unless a vote of two-thirds (2/3) of the Board of Directors grants an exception.
    A Member whose account has been delinquent for six (6) consecutive months shall be dropped from the Club roll.

Section 9. Remedies for Delinquent Accounts

    If a Member is dropped from the Club roll, any boat remaining at the Club in the name of that Member shall be billed at the transient rate. If the Board deems necessary, the boat of a debtor shall be attached to satisfy the debt to the Club. Any legal and/or collection fees associated with the collection of outstanding debts shall be borne by the debtor.

ARTICLE XII - RESIGNATIONS

Section 1. Members

    Resignations must be forwarded to the Secretary in writing and will become effective upon acceptance by majority vote of the Board of Directors.

Section 2. Officers and Board of Directors

    All resignations from the Board of Directors, including Flag Officers', must be received in writing and will become effective upon acceptance by majority vote of the Board of Directors.

ARTICLE XIII - DISCIPLINE

Section 1. Discipline of Member

    Any Member may be censured, suspended, placed upon probation, expelled, or his resignation requested by two-thirds (2/3) vote of Directors present at any regular or special meeting of the Board of Directors at which signed charges are presented, if found guilty by the Board of Directors of an infraction of these By-laws or of any offense or conduct prejudicial to the best interests of the Club. Should a member whose resignation has been requested by the Board of Directors fail to comply with such request within fifteen (15) days from the mailing thereof, such failure to resign shall automatically act as an expulsion from membership.

Section 2. Appeal of Decision

    A Member may within ten (10) days of the mailing thereof appeal in Writing to the Secretary from the decision of the

Board. Thereupon the Secretary shall notify the Members of the action of the Board of Directors and the appeal therefrom and shall issue a call for the Club to consider the complaint and defense at a special or regular meeting of the general membership. Three-fourths (3/4) vote of the Members present, and voting, shall be necessary to overrule the action of the Board of Directors.

ARTICLE XIV - ENROLLMENT OF YACHTS

Section 1. Enrollment Requirements and Information

Any yacht owned by a Member and under a dockage or mooring agreement with the Club shall be enrolled in the Club register. Enrollment shall consist of the submission to the Secretary of such information as is necessary to the orderly maintenance of Club records. Such submission shall be on a form supplied by the Club. Any material change in the information previously filed shall be promptly reported in the same manner.

Section 2. Ownership Requirements

Any vessel docked at the Club, except transients, and Active Members chartered vessels (per Article XVI, Section 2) must be owned by one of the following:
- wholly bt an active member;
- jointly by husband and wife, one of which is an Active Member;
- equally by an Active Member and another individual;
- by a Corporation, at least fifty-one percent (51%) of which is owned by the Active member

The Board of Directors may authorize exceptions as special conditions may dictate.

ARTICLE XV - CARE OF YACHTS

Section 1. Responsibility for Care

The care, maintenance, and safety of a yacht is the responsibility of the Member.

Section 2. Responsibility of Club

The Club shall not be held responsible for any loss or damage to the property of any Member, or for personal injury to any Member or Guest.

Section 3. Insurance Requirements

Failure of a Member to carry liability insurance on a boat docked at the Club and failure to offer proof, upon request, of such insurance shall be grounds for removal of the boat from the Club docks.

Section 4. Commercial Service

Commercial services by mechanics and others shall be performed in compliance with Club docking Rules.

Section 5. Yearly Demonstration of Seaworthiness

All boats enrolled in the Club under a dockage agreement shall demonstrate during each yachting season to the designated Flag Officer that said vessel is seaworthy and capable of moving under its own power.

ARTICLE XVI - YACHTS CHARTERED



Section 2. Member Chartering

Any Active Member chartering a vessel for their own use and not for commercial use (as described in Section 1 above) and not having another vessel already docked at the Club, shall, after being reviewed for safety and insurance per the Docking Agreement and approved by the Board, be entitled to dockage privileges as if the Member were the owner as defined in Article XIV, Section 2.

Section 3. Rental to NonActive Members

Yachts under dockage agreements located at the Club facilities shall not be rented to non-Active Members.

ARTICLE XVII - CHANGE IN YACHT OWNERSHIP

Section 1. Change in Yacht Ownership

Any Member buying, selling, or chartering for his own use, a yacht which does, or will occupy a slip or mooring under a Dockage Agreement with the Capital Yacht Club shall notify the Secretary, in writing, furnishing such information as may be required by the Board.

ARTICLE XVIII - YACHTING SEASON

Section 1. Yachting Season

The official yachting season shall be the period beginning on the first Sunday of May and ending on the last day of November of each year.

ARTICLE XIX - CRUISING

Section 1. Cruising in Squadron

When cruising in squadron, yachts should report to the commanding officer when joining the squadron and notify him before leaving it.

Section 2. Commanding Officer Alternates

In the absence from the squadron of the Commodore, the Vice Commodore and the Rear Commodore, the Fleet Captain present shall act as the Commodore.
In the absence of all the aforementioned, the senior Member present shall act as the Squadron Commodore.

ARTICLE XX - DOCKING REGULATIONS

Section 1. Basis of Slip Fees

With the exception of charges made for transient craft the schedule of rates for dockage shall be based upon the length of boat rounded up to the next higher five-foot increment, or length of the slip or dock-space occupied, whichever is greater.
The length of the boat shall be the overall length to include any extensions such as booms, observation platforms, pulpits, davits for dinghies, etc. The length of the slip or dock space shall be the length specified in the dock blueprint, or plat, retained by the Rear Commodore.

Section 2. Slip Assignments

Slip assignments are made by the Rear Commodore upon application by a Member. Such assignments or re-assignments shall be based upon seniority subject to safety considerations and the size of the boat in relation to the size of the slip. When an appropriate slip is not available, an oversize slip may be assigned without extra charge or penalty to the Member until such time as an appropriate slip becomes available. The Rear Commodore may receive

the guidance or approval of the Board of Directors concerning any assignment or re-assignment of a slip in such instances as he may deem desirable, or requiring action by the Board of Directors for compliance on the part of the Member.

Section 3. Release of Slip

After receiving an assignment, a Member is responsible for charges until he notifies the Rear Commodore, in writing, that he desires to release his slip. Ordinarily, billings are made on the basis of a monthly rate. A Member, however, upon written application to the Treasurer, may lease the slip or dockage space for a period of twelve (12) consecutive months at the annual rate, agreeing to pay for same in equal quarterly installments. In the event the slip is not retained for the full period, the monthly rate will prevail from the end of the last quarter involved, and a pro rata monthly rate, based on a thirty (30) day month, from the beginning of the last month involved. The procedure will also govern at the beginning of the docking period.

Section 4. Absence from Slip

Slips leased by Members may be used by the Club for temporary dockage of transient or other craft during the absence of the Members boat without recompense to the member. The slip is immediately available for the Member's boat upon its return. Members may not sub-lease or allow use of their slip except through reassignment by the Rear Commodore.

Section 5. Slip Rates Prospective Members

Boats owned by persons proposed for membership may be docked at the transient rate pending final action on their application. If admitted to membership, the regular rates for Active Members shall apply retroactively from the date of posting the application. A Member selling his boat to a non-Member may not endorse his application for membership. A Member who sells his boat to a non-Member may retain a slip for the convenience of the buyer for a minimum reasonable period necessary to move the boat or until the buyer should apply for Club Membership. This procedure is subject to the approval of the Rear Commodore and the reassignment of the slip may be made at the discretion of the Rear Commodore in accordance with the needs of the Club Membership.

Section 6. Dock Rules

Dock rules shall be adopted by majority vote of the Board of Directors following a ten day posting for Member review, shall become effective upon written notice to the Members, shall be posted, and shall be appended to these By-laws.

Section 7. Berthing Agreements

Berthing agreements shall be made based upon the seniority system established for dockage agreements except that no member shall have two agreements to the exclusion of an Active Member who desires but does not have an agreement. Berthing agreements are for spaces on the docks or otherwise under the control of the Club with no continuous supplies of electric power or water. Fees for berthing shall be established by the Board of Directors.

ARTICLE XXI - CLUBHOUSE REGULATIONS

Section 1. Use for Organized Social Functions

The use of the Clubhouse for organized social functions, except for those sponsored by the Club or its Members, shall not be permitted.

Section 2. Access to Clubhouse

No Member shall be granted the use of the Clubhouse facilities to the exclusion of other Club Members.

Section 3. Use of Clubhouse

The use of the Clubhouse may be granted by the Vice Commodore to educational or maritime types of organizations for their meetings or classroom activities.

Section 4. Special Events

Special events sponsored by a Member must be approved by the Board of Directors.

Section 5. Restrictions on use of Clubhouse

No part of the Clubhouse shall be used as a workshop, nor for the stowage of flammable materials.

Section 6. Visitors

A Visitor may be introduced by a Member and entitled to the privileges of the Club for two (2) weeks, upon the following conditions, viz: name, together with that of the introducing Member, must be recorded in a book provided for that purpose, when an invitation card will be issued, signed by any one of the officers of the Club; said card to be exhibited at the door when called for. This privilege may be extended for one month at the discretion of any one of the officers of the Club.

Section 7. Clubhouse Rules

Clubhouse rules shall be adopted by majority vote of the Board of Directors following a ten day posting for Member review, shall become effective upon written notice to Members, shall be posted and shall be appended to these By-laws.

ARTICLE XXII - PARKING AND GROUNDS

Section 1. Parking and Grounds Rules

Parking and Grounds rules for land areas under lease or nominal management of the Club shall be adopted by majority vote of the Board of Directors following a ten day posting for Member review, shall become effective upon notice to Members, shall be posted and shall be appended to these By-laws.

ARTICLE XXIII - DISTINGUISHING FLAGS

Section 1. General Flag Practices

Unless otherwise indicated herein, these flags shall conform to the standard practices as described in Chapmans.

Section 2. Club Burgee

The burgee of the Capital Yacht Club shall be a triangular pennant in the following proportions: thirty (30) inches long and twenty (20) inches hoist, made up of a blue field, with a five (5) pointed white star, five (5) inches in diameter in the canton, and a red diamond fly twenty-five (25) inches in extreme length. These proportions shall be preserved in the Club Burgee of all sizes.

Section 3. Yachts Carrying Club Burgee

All Active, Life and Cruising Members are encouraged to fly the Club Burgee from the appropriate mast for their particular vessel as defined by Chapmans.

Section 4. Private Signals

Each yacht may fly the private signal of its owner, to be of a similar size as the Club Burgee

Section 5. Flag of the Commodore

> The commodore shall show a rectangular flag with a foul anchor, encircled by thirteen (13) five (5) pointed stars in white on a blue field.

Section 6. Flag of the Vice Commodore

> The Vice Commodore shall show a rectangular flag with a foul anchor encircled by thirteen (13) five (5) pointed stars in white on a red field.

Section 7. Flag of the Rear Commodore

> The Rear Commodore shall show a rectangular flag with a foul anchor encircled by thirteen (13) five (5) pointed stars in red on a white field.

Section 8. Flag of the Secretary

> The secretary shall show a rectangular flag with either of the following: (a) white crossed quills on a blue field (preferred) or, (b) a white oak leaf on a blue field.

Section 9. Flag of the Treasurer

> The Treasurer shall show a rectangular flag with a white acorn on a blue field.

Section 10. Flag of the Fleet Captain

> The Fleet Captain shall show a rectangular flag with a blue (foul or clear) anchor on a white field.

Section 11. Flag of the Fleet Surgeon

> The Fleet Surgeon shall show a rectangular flag with a blue caduceus on a white field.

Section 12. Flag of the Measurer

> The Measurer shall show a rectangular flag with either a white or yellow ruler on a blue field.

Section 13. Additional Flags

> The Board of Directors may allow the use of other flags (e.g., Chaplain, Race Committee, etc.) as these positions are appointed. Their configuration and colors shall be as commercially available.

ARTICLE XXIV - COLORS AND GUNS

Section 1. General Colors

> Yachts in commission shall make colors at eight (8) o'clock antemeridian and strike colors at sunset unless lighted. Night pennants may fly from sunset until morning colors.

Section 2. Flag Officer Colors

> Flag Officers shall fly their distinguishing flags night and day.

Section 3. Guns

No guns shall be fired on Sunday.

ARTICLE XXV - AMENDMENTS

Section 1. Suspension of By-Laws

There shall be no suspension of these By-laws.

Section 2. Proposing an Amendment

Any Member may propose an amendment to the Board of Directors. A signed copy of the proposed amendment should be submitted to the Secretary of the Club at least fourteen (14) days prior to a meeting of the Board of Directors.

Section 3. Notification of the Board of Directors

The Secretary shall transmit a copy of the proposed amendment to each member of the Board of Directors at least ten (10) days prior to a meeting in which the proposed Amendment is to be considered for approval.

Section 4. Approval By Board of Directors

The By-Laws may be amended at any regular or special meeting of the Board of Directors. Approval of a proposed Amendment requires a two-third (2/3) vote of the Directors present.

Section 5. Notification of the General Membership

The Secretary shall mail a copy of the approved amendment to the general membership at least ten (10) days prior to a meeting in which the approved Amendment is to be considered for ratification.

Section 6. Ratification by the General Membership

The approved amendment shall become effective immediately upon ratification by a majority vote of the membership present at a duly constituted meeting.

Section 7. Revision at a General Membership Meeting

Any revision approved during a meeting of the general membership shall require approval by the Board of Directors, notification of the general membership, and ratification at a subsequent general membership meeting as detailed in the preceding sections of this article.

---

*Revised February 13, 2003*
*Copyright (c) 1999 Capital Yacht Club*
*All rights reserved*
*1000 Water Street, SW*
*Washington, DC 20024*
*(202)488-8110*