| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | **GENERAL INDEX OR ABSTRACT OF TITLE** **Continuation Sheet No. 3** | Official No. 286274 |
|---|---|---|
| ISSUED AS AN ABSTRACT OF TITLE AS OF | *Herbert A. Kistler* (signature) HERBERT KISTLER | |
| DATE: February 26, 2004   TIME: 08:00 AM | NATIONAL VESSEL DOCUMENTATION CENTER | |

PLAINTIFF
EXHIBIT
B

DEPARTMENT OF TRANSPORTATION
U. S. COAST GUARD
CG-1332 (Rev. 2-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

(1) AVIVA ( 10-6-82 )
(Name of vessel)
(2) HIGH LIFE II
(3) SCRIMSHAW
(4) AIMAY
(Former names of vessel)

286277A
(Official number)
Oil Screw
(Rig)

CONTINUATION SHEET NO. 2

This vessel was built at _____ in _____ of _____
by _____ for _____
as appears by _____

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discount secured | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| Milton L. Cunningham and Polly B. Cunningham | PEOPLES NATIONAL BANK OF MARYLAND | Preferred Mortgage | 10-3-74 | $35,959.56 | 18 October 1974 9:10 AM | Book M-8 Inst. 97 | 18 October 1974 9:20 AM | Wash., D.C. |
| Milton L. Cunningham and Polly B. Cunningham | Milton L. Cunningham and Polly B. Cunningham | Whole | 5-1-81 | $15,959.56 | | | | |
| Peoples National Bank of Maryland | Milton L. Cunningham and Polly B. Cunningham, | Satis. of Pref. Mtge | 11/12/76 | $35,959.56 | 22 November 1976 9:05 A.M. | Book M-10 Inst. 144 | | |
| Milton L. Cunningham and Polly B. Cunningham, as tenants by the entirety | Peoples Security Bank of Maryland | 1st Preferred Mortgage | 6-16-82 | $38,612.16 | 29 June 1982 9:00 A.M. | Book PM-15 Page 261 | 29 June 1982 9:05 A.M. | Washington D.C. |
| Milton L. Cunningham and Polly B. Cunningham, as tenants by the entirety | Vivian Klistrup | 2nd Preferred Mortgage | 6-16-82 | $45,0185.00 plus int. @15% per annum | 29 June 1982 9:30 A.M. | Book PM-15 Page 262 | 29 June 1982 9:40 A.M. | Washington D.C. |
| Peoples Security Bank of Maryland | Milton L. Cunningham and Polly B. Cunningham | Satisfaction 1st Preferred Mortgage | 7-31-82 | $38,612.16 | 6 October 1982 8:15 A.M. | Book PM-15 Inst. 415 | | |
| Vivian Klistrup | Milton L. Cunningham and Polly B. Cunningham | Satisfaction 2nd Preferred Mortgage | 9-10-82 | $45,000.00 plus int @15% per annum | 6 October 1982 8:20 A.M. | Book PM-15 Inst. 416 | | |
| Milton L. Cunningham and Polly B. Cunningham, as tenants by the entirety | Vivian Klistrup | B/S | 9-10-82 | | 6 October 1982 8:25 A.M. | Book BS-20 Inst. 574 | | |
| Name changed from HIGH LIFE II to AVIVA on 6 October 1982 | | 100% | | | | | | |
| WASHINGTON, D.C. REVOKED AS PORT OF DOCUMENTATION EFFECTIVELY 1993 | | | | | | | | |

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 2-67)

# GENERAL INDEX OR ABSTRACT OF TITLE
## CONTINUATION SHEET NO. 1

296274  
Official number: HIGH LIFE II  
Name: BRINKSHAW → all screw  
Hailing port: New York, NY → (2) ALMAY  
(Exi under, ALMAY, M/B 10 J 3732)

This vessel was built at _____ in _____ d _____ by _____ as appears by _____

| GRANTOR | GRANTEE | End of instrument and port of record | Date of instrument and date of acknowledgment | Consideration or amount and date of mortgage | Received for record | Recorded | Time of endorsement of entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| **RECORD AT TAMPA, FLA.** | | | | | | | | |
| Officer in Charge Marine Inspection, USCG New York, N.Y. | Officer in Charge Marine Inspection, USCG Tampa, Fla. | A/T | 4/7/69 | | 5/2/69; 1:00 PM | D5, Inst.178 | | |
| Al Feinstein | Robert E. Dowrley and John J. Hudson, each owning an undivided one-half interest | all | 3/31/69 | $10 & OVC | 5/2/69; 1:00PM | E1, Inst.774 | 5/2/69 | |
| Robert E. Dowrley and John J. Hudson, each owning an undivided one-half interest | William Hirshson | all | 9/17/70 | $1 & OVC | 10/8/70; 12:30PM | E1, Inst.1227 | 10/8/70 | |
| William Hirshson | Greater Providence Trust Company | M | 2-12-71 | $5,000.00 | 3-1-71 10:15 am | E22 Inst 1706 | 3-1-71 11:00 am Tampa | |
| | | all | 3-1-76 | $5,000.00 | | | 3-1-71 11:00 am | |
| Greater Providence Trust Company | William Hirshson | S/M | 5/29/1973 | $5,000.00 | 6/6/73 9:15 a/m. | E22, Inst 2602 | 6/6/73 | |
| William Hirshson | Greater Providence Deposit Corporation | P/M | 5/31/73 | $20,250.00 | 6/6/73 9:30 a.m. | E22,Inst 2603 9:15 a.m. 6/6/73 | 6/6/73 Tampa | |
| | | all | 5/31/70 | $20,250.00 | | | | |
| | | | | | | PORT CAPT. TAMPA, FLA. DATE JUN 11 1974 | | |
| Documentation Officer U. S. Coast Guard Washington, D. C. | Documentation Officer U. S. Coast Guard Washington, D. C. | A/T | 6/11/74 | | | | | |
| Greater Providence Deposit Corporation | William Hirshson | SATISFACTION Prof. & Mortge | 6/18/74 | $20,250.00 | 3 October 1974 8:55 A. M. | Book M-8 Inst. 85 | 3 October 1974 | |
| | | Whole | | | | | | |
| William Hirshson | Milton L. Cunningham & Polly B. Cunningham, tenants by the entirety | B/S | 6/1/74 | $10. & OVC | 3 October 1974 9:00 A. M. | Book B8-33 Inst. 183 | 3 October 1974 | |
| | | Whole | | | | | | |

Name Changed To: HIGH LIFE II, Authority Documentation Officer, Washington, D. C., ltr. of approval dated 10/3/74

DEPARTMENT OF TRANSPORTATION
U. S. COAST GUARD
CG-1332 (Rev. 8-67)

# GENERAL INDEX OR ABSTRACT OF TITLE

26627A (Official Number)
Oil Screw light (Rig)
--- (Gross tonnage)
(1) AIMAY (Name of vessel)
(a) = wheee, AIMAY, N/B 10 J 3732 (Former hame port)

This vessel was built at Algonac, Mich. in 1959 of Wood by Chris-Craft Corporation for Bob McDonald Inc. as appears by Certificate of James B. Russell of Chris-Craft Corporation, on file.

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and character of demand | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| Bob McDonald Inc. | A. Feinstein | Bill of Sale Whole | Aug 26, 1959 | $10.00 | September 15, 1961 at 10:15 a.m. | Book 149 P, Page 87 | September 11, 1961 | |

Port: NEW YORK, N.Y.
Date: APR -7 1969

I certify that to the best of my knowledge... incident to a change in home port, is a true Abstract of title of the vessel described above, as appears by the records of this office.

By Authority of the Collector in Charge,
Marine Inspection U. S. Coast Guard

Page 1 of 4
PREVIOUS EDITION MAY BE USED