# Capital Yacht Club Inc.
## Docking Agreement

The Capital Yacht Club Inc. (CYC), hereby allows _Larry A Bilstrup_ (Member), to occupy slip number _D-9_ with the vessel described below, upon and in consideration for the following terms and conditions:

1. **COMPLIANCE** - The Member shall comply strictly with all the provisions of this Agreement, including the CYC By-laws and Rules, which are incorporated herein. The parties agree that failure by the Member to fully comply will give CYC an immediate right to terminate this Agreement, and in addition, to exercise immediately all rights and remedies which CYC has under this Agreement, and/or under applicable District of Columbia or the Federal laws.

2. **AUTHORIZATION** - The Member warrants that the ownership requirements of Article XIV of the CYC By-laws have been met and furnishes the following information, which the Member warrants to be true and correct:

Address of Member: _135 Bellaire_
_Denver Co 80220_

Name of Boat: _AWIVA_                             Home Port: _DC_
Documentation/ State or DC Reg. Number: _WY6536_   Fuel: _Diesel_
Year: _59_ Length: _55_ Beam: _14_ Draft: _5_     Type of Boat: _Motor Yacht_
Overall Length (including all projections): _60_   Verified by: _N/A_

3. **FEES AND PAYMENTS** - The right to utilize the slip shall commence on _15 Nov 93_ and will continue on an monthly basis until it is terminated in writing by the Member, or terminated for cause as provided herein, or upon resignation of the Member from CYC or any action that causes the Member to be dropped from the Club roll.

The fee for the use of the slip shall be based on the length of the boat or the length of the slip as set forth in the CYC By-laws. Until changed by amendment of this Agreement, the monthly fee shall be $ _260⁰⁰_

This fee is in addition to membership dues or any other expenses incurred by the Member. The Member shall have the duty and obligation to see that all payments due are made on time, and shall have the burden of showing ' payment of any charge was, in fact, received on time by CYC. All payments

PLAINTIFF EXHIBIT C

Documentation/ State or DC Reg. Number: WY6536  Fuel: Diesel

Year: 59  Length: 55  Beam: 14  Draft: 5  Type of Boat: Motor Yacht

Overall Length (including all projections): 60  Verified by: N/A

3. **FEES AND PAYMENTS** - The right to utilize the slip shall commence on 15 NOV 93 and will continue on an monthly basis until it is terminated in writing by the Member, or terminated for cause as provided herein, or upon resignation of the Member from CYC or any action that causes the Member to be dropped from the Club roll.

The fee for the use of the slip shall be based on the length of the boat or the length of the slip as set forth in the CYC By-laws. Until changed by amendment of this Agreement, the monthly fee shall be $ 260.00

This fee is in addition to membership dues or any other expenses incurred by the Member. The Member shall have the duty and obligation to see that all payments due are made on time, and shall have the burden of showing that payment of any charge was, in fact, received on time by CYC. All payments and late fees will be in accordance with the CYC By-laws.

4. **DEFAULT** - Any failure by the Member to comply with the provisions of this Agreement, including the Rules and Regulations incorporated therein, shall constitute a default by the Member. Upon any default, CYC may immediately exercise all rights and remedies given hereunder or by District of Columbia or Federal law, including , but not limited to any of the following:

(1) Declaring this Agreement terminated and subsequently awarding this slip to another Member;
(2) Proceeding to recover all amounts due and owing from the Member;
(3) Exercising rights of removing the Boat, as more fully provided herein.

In connection with any suit brought by CYC hereunder, CYC shall have the right to proceed in personam against the Member, agents or assignees, and/or in rem against the boat, to the fullest extent allowed under District of Columbia or Federal law. In any action brought in District of Columbia or Federal court by CYC against the Member, agents or assignees, CYC shall be entitled to recover from the defendant or defendants, jointly and severally, its attorney's fees therein and all other costs of said litigation; without limiting the foregoing, said attorney's fees shall be recovered by CYC in any action brought in a United States District Court to enforce a maritime lien against the boat, and shall be included in any judgment in favor of CYC in such action and in the amount to be paid to CYC out of the proceeds of sale of the boat.

5. **MOORINGS AND EMERGENCY WORK** - The Member assumes all responsibility for seeing to it that the boat is properly moored with proper lines properly tied and secured at all times, so that the boat will be secure in all wind, tide and weather conditions. Should circumstances, including but not limited to weather, high winds, high or low water, collision with objects or vessels, boat wake, acts of God or third parties, require any action to prevent or try to prevent damage to the boat, such action shall be the responsibility of the Member; the parties hereby expressly agree that CYC has merely provided space at the Club's facilities, assumes no responsibility of any sort for the boat, and is not in any way obligated to take any action or perform any services with respect to the boat.  CYC may however, at any time, take such steps and perform such services with regard to the boat as in its sole discretion it shall choose, including mooring the boat in such manner, and with such lines, as it shall deem proper. It shall not be liable for the loss of or damage to said boat occurring before, during or after said services shall have been performed, or goods or materials used, in any work done, whether emergency or otherwise, in an effort to protect or safeguard the boat, or other boats, docks, installations or persons from damage by the boat, regardless of the success of such efforts.

6. LIABILITY - CYC shall not be liable for any loss or damage to the above described vessel or the contents thereof, or for the injury to any person, due to fire, theft, collision, windstorm, rain, ice, snow, cold weather, accidents, acts of God, acts of other persons, whether members of CYC or not, or due to other causes not enumerated above. CYC is not considered to be an insurer of the property or person of the Member, guests, invitees, or any other person, all of whom use the CYC facilities at their own risk; it is agreed that the Member is responsible for insurance coverage and shall maintain liability coverage of $300,000, or more, on the boat previously described, or any other boat the Member may berth at the CYC facilities. Failure to provide proof of such insurance shall be grounds for immediate termination of this Agreement and removal of the boat from the CYC facilities.

The Member shall be liable for, and shall hold CYC harmless from any loss, property damage or personal injury suffered by the Member or other persons caused directly or indirectly by the boat or operator including but not limited to: damage or injury caused by operation of the boat by the Member or or injury caused by substances (including fuel or objects) or dangerous conditions in and on the boat. The Member shall likewise be liable for, and shall hold CYC harmless from, any loss, property damage or personal injury caused by acts of others using the CYC facilities at the Members invitation.

7. REMOVAL OF BOAT - In the event of default of this Agreement, CYC may at any time order the boat removed from the CYC facilities and if it is not so removed may have it removed at the Member's expense to any spot selected by CYC. In case of such removal, CYC shall bear no liability whatsoever for any loss, damage or injury resulting therefrom either to the boat, its equipment, personal property, or persons remaining on board, or to any third parties or their property. CYC may employ such force as may be necessary to accomplish such removal. Removal shall not affect CYC's right to recover monies owing from the Member.

8. SUNKEN BOAT - In the event the boat shall for any reason sink while docked, berthed in a slip, or otherwise occupying the CYC facilities, CYC may take immediate steps to raise or remove said boat, all costs of which shall be at the Members expense.

9. CHARTER AND RENTAL - The Member shall comply with Article XVI of the CYC By-laws concerning the chartering or renting of vessels.

10. SEAWORTHINESS - The Member shall comply with Article XV of the CYC By-laws concerning the care of yachts and keep the boat in proper operating condition, inasmuch as possible. The Member shall maintain current documentation and/or registration for the vessel and demonstrate each yachting season (beginning the first Sunday in May and ending the last day of November) that the boat is seaworthy and capable of moving under its own power. Seaworthiness shall be demonstrated to the Rear Commodore by participation in any cruise or underway event sponsored by CYC or by any cruise beyond Hains Point. Failure to demonstrate seaworthiness shall terminate this Agreement and the member's right to use the specific slip indicated.

11. **USE OF SLIP** - CYC retains the right to rent or otherwise make use of the slip indicated in this Agreement, when it is not occupied by the Member's boat, without compensation to the Member. The Member agrees to advise CYC when the slip will be vacant for more than 72 hours and if the slip is vacated for more than 7 days, shall advise CYC of the estimated return to the slip at least 24 hours in advance to ensure the slip is available immediately upon arrival. If such notice is not provided, CYC may continue to utilize the slip for up to 24 hours and the member's boat will be temporarily moored as per the direction of the Dock Master.

12. **NOTICES** - All notices, bills, statements of amounts due and other communications shall be deemed to have been given if delivered to the address furnished by the Member, or such other address as shall have been furnished subsequently, or by actual notice attached to the wheel or tiller of the boat. Delivery may be by U.S. Mail unless the address indicated is 1000 Water Street S.W., Washington, DC 20024, in which case delivery shall be by internal routing. Notice to CYC shall be given during business hours at the CYC business office.

13. **NO DEVIATIONS FROM PROVISIONS** - Employees of CYC are not permitted to deviate from or amend or relax in any manner, the provisions of this Agreement. Any changes herein must be approved by the CYC Rear Commodore and the Member shall have the burden of proving such approval was, in fact, given.

14. **SEVERABILITY** - In the event any provision herein shall be held not enforceable, this shall not affect any other provision.

15. **WAIVER** - Failure of CYC to enforce any provision herein shall not constitute a waiver of its rights with respect to any other breaches or violations of this Agreement.

Representing the Capital Yacht Club Inc: _____
                                          Title: REAR COMMODORE

I have read, understand and agree to comply with the provisions of this Agreement.

Dated: 11/15/93   Member: _L. A. Bishop_____
                  Number: A111