Larry Kilstrup - Member A1111

**Summary of Late Payments**

**Copies of each invoice and the check received for payment are attached.**

---

**December Invoice** – Dated 12/09/02

Paid with check # 4924 which was dated 02/04/03 – Received at CYC on 02/08/03

Days from invoice date until payment was received - **61**

---

**January Invoice** – Dated 01/07/03

Paid with check #3958 which was dated 03/17/03 – Received at CYC on 03/17/03

Days from invoice date until payment was received - ~~69~~ 72

---

**February Invoice** – Dated 02/12/03

Paid with check #3958 which was dated 03/17/03 – Received at CYC on 03/17/03

Days from invoice date until payment was received - ~~33~~ 35

---

**May Invoice** – Dated 05/01/03

Paid with check #4069 which was dated 07/01/03 – Received at CYC on 07/07/03

Days from invoice date until payment was received - **67**

---

**June Invoice** – Dated 06/03/03

Paid with check #5051 which was dated 07/01/03 – Received at CYC on 07/07/03

Days from invoice date until payment was received - **34**

---

PLAINTIFF
EXHIBIT
D

ADE CONSULTANTS INC            FAX NO. : 303 758 1187             Mar. 26 2004 01:17PM P1

## Capital Yacht Club
### Payment History for Larry Kilstrup
### 2002-2003



DEFENDANT'S EXHIBIT

| Check # | Account | Written | Month Due | Amount | Cashed |
|---|---|---|---|---|---|
| 2002 | | | | | |
| 3593 | ADE | 1/22/02 | January 02 | 431.90 | Yes |
| 3635 | ADE | 2/20/02 | February 02 | 465.08 | Yes |
| 3671 | ADE | 3/12/02 | March 02 | 434.17 | Yes |
| 3701 | ADE | 4/16/02 | April 02 | 428.12 | Yes |
| 3744 | ADE | 5/19/02 | May 02 | 425.64 | Yes |
| 3772 | ADE | 6/18/02 | June 02 | 403.61 | Yes |
| 3843 | ADE | 8/22/02 | July 02 August 02 | 827.96 | Yes |
| 3890 | ADE | 9/14/02 | September 02 | 494.93 | Yes |
| 3923 | ADE | 10/19/02 | October 02 | 419.46 | Yes |
| 3947 | ADE | 11/24/02 | November 02 | 401.80 | Yes |
| 4924 | VVTL | 2/4/03 | December 02 | $393.87 | Yes 3/5/03 |
| 2003 | | | | | |
| 3958 | ADE | 3/17/03 | January 03 February 03 | $920.12 | Yes 3/24/03 |
| 3974 | ADE | 3/25/03 | March 03 | 455.64 | Yes 4/3/03 |
| 4010 | ADE | 4/24/03 | April 03 | 452.50 | Yes 5/2/03 |
| 4069 | ADE | 7/1/003 | May 03 | $431.30 | Yes 7/9/03 |
| 5051 | VVTL | 7/1/03 | June 03  Stopped sending invoices | $450 | Yes 7/10/03 |
| 5062 | VVTL | 7/28/03 | July 03 | $450 | Yes 3/1/04 |
| 4088 | ADE | 8/11/03 | August 03 | $450 | Yes 3/18/04 |
| 4131 | ADE | 9/19/03 | Sept. 03 | $450 | Yes 3/18/04 |
| 4154 | ADE | 10/10/03 | Oct. 03 | $450 | Yes 3/18/04 |
| 4216 | ADE | 11/28/03 | November 03 | $450 | Yes 3/18/04 |
| 4290 | ADE | 1/29/04 | December 03 | $450 | Yes 3/1/04 |
| 4291 | ADE | 1/29/04 | January 04 | $450 | Yes 3/18/04 |

CYC - EXHIBIT 11                    PLAINTIFF'S EXHIBIT D