ALL PAYMENTS ARE DUE
BY THE LAST DAY OF THE MONTH!

CAPITAL YACHT CLUB
1000 WATER ST. SW
WASHINGTON, DC  20024
(202) 488-8110

# PAST DUE

D-09    12-09-02

79   Larry  Kilstrup
     1880 S. Filbert Court
     Denver CO 80222

Please return top part with your payment... AMT ENC  393.87   CHK #  4924

| 79 | Kilstrup | | CHARGES | RECEIPTS | BALANCE FWD |
|---|---|---|---|---|---|
| | Balance Forward | | | | 401.80 |
| 11-26-02 | EL13970-13710=312KW*1.2 | D-09 | 19.12 | | |
| 11-22-02 | Ck# 3947 | | | 401.80 | |
| | DEC SLIP RENT | D-09 | 308.75 | | |
| | DEC ACTV. DUES | D-09 | 55.00 | | |
| | DEC CABLE | D-09 | 11.00 | | |

| 12-09-02 | CUR | -30 | -60 | -90+ | BALANCE DUE |
|---|---|---|---|---|---|
| # 79 | 393.87 | 0.00 | 0.00 | 0.00 | 393.87 |

CAPITAL YACHT CLUB          (202) 488-8110



RECEIVED FEB 0 8 2003



PLAINTIFF'S EXHIBIT



EXHIBIT

PLAINTIFF'S
EXHIBIT H

ALL PAYMENTS ARE DUE
BY THE LAST DAY OF THE MONTH!

```
CAPITAL YACHT CLUB
1000 WATER ST. SW
WASHINGTON, DC  20024
(202) 488-8110
```

# PAST DUE

D-09     01-07-03

```
79   Larry  Kilstrup
     1880 S. Filbert Court
     Denver CO 80222
```

Please return top part with your payment... AMT ENC _____   CHK # _____

| 79 | Kilstrup | CHARGES | RECEIPTS | BALANCE FWD |
|---|---|---|---|---|
| | Balance Forward | | | 393.87 |
| 2-11-02 | CLUB CHARGE # 17  23:10 | 12.35 | | |
| 2-12-02 | CLUB CHARGE # 27  22:59 | 11.05 | | |
| | JAN SLIP RENT    D-09 | 308.75 | | |
| | JAN ACTV. DUES   D-09 | 55.00 | | |
| | JAN CABLE        D-09 | 11.00 | | |

| 1-07-03 | CUR | -30 | -60 | -90+ | BALANCE DUE |
|---|---|---|---|---|---|
| 79 | 398.15 | 393.87 | 0.00 | 0.00 | 792.02 |

CAPITAL YACHT CLUB            (202) 488-8110

MAR 1 7 2003
RECEIVED

PLAINTIFF'S
EXHIBIT J

ALL PAYMENTS ARE DUE
BY THE LAST DAY OF THE MONTH!

```
CAPITAL YACHT CLUB
1000 WATER ST. SW
WASHINGTON, DC  20024
(202) 488-8110
```

# PAST DUE

```
                                                        D-09      02-12-03
79   Larry  Kilstrup
     1880 S. Filbert Court        Aviva
     Denver CO 80222
```

Please return top part with your payment... AMT ENC  920.12   CHK #  3958

| | | CHARGES | RECEIPTS | BALANCE FWD |
|---|---|---|---|---|
| 79 | Kilstrup | | | |
| | Balance Forward | | | 792.02 |
| 02-03-03 | LATE FEE Jan bill unpaid | 20.00 | | |
| 02-06-03 | EL15526-13970=1867KW*1.2 D-0 | 124.22 | | |
| | FEB SLIP RENT    D-09 | 308.75 | | |
| | FEB ACTV. DUES   D-09 | 55.00 | | |
| | FEB CABLE        D-09 | 14.00 | | |

| | CUR | -30 | -60 | -90+ | BALANCE DUE |
|---|---|---|---|---|---|
| 02-12-03 | | | | | |
| 79 | 521.97 | 398.15 | 393.87 | 0.00 | 1,313.99 |

                CAPITAL  YACHT  CLUB          (202) 488-8110



RECEIVED
MAR 1 7 2003

ALL PAYMENTS ARE DUE
BY THE LAST DAY OF THE MONTH!

CAPITAL YACHT CLUB
1000 WATER ST. SW
WASHINGTON, DC  20024
(202) 488-8110

# PAST DUE

D-09     05-01-03

79   Larry  Kilstrup                    Aviva
     1880 S. Filbert Court
     Denver CO 80222

Please return top part with your payment... AMT ENC _____   CHK # _____

| | | CHARGES | RECEIPTS | BALANCE FWD |
|---|---|---|---|---|
| 79 | Kilstrup | | | |
| | Balance Forward | | | 452.50 |
| 04-23-03 | EL16291-16123=202KW*1.2  D-09 | 11.05 | | |
| 04-29-03 | Ck# 4010 | | 452.50 | |
| | MAY SLIP RENT    D-09 | 341.25 | | |
| | MAY ACTV. DUES   D-09 | 60.00 | | |
| | MAY CABLE        D-09 | 19.00 | | |

| 05-01-03 | CUR | -30 | -60 | -90+ | BALANCE DUE |
|---|---|---|---|---|---|
| 79 | 431.30 | 0.00 | 0.00 | 0.00 | 431.30 |

*RECORDS SHOW INSURANCE EXPIRATION 06-05-03 PLEASE SUPPLY NEW ENDORSEMENT*
CAPITAL YACHT CLUB          (202) 488-8110

RECEIVED
JUL 0 7 2003

PLAINTIFF'S
EXHIBIT M

ALL PAYMENTS ARE DUE
BY THE LAST DAY OF THE MONTH

CAPITAL YACHT CLUB
1000 WATER ST. SW
WASHINGTON, DC  20024
(202) 488-8110

                                                                D-09      06-03-03

  79  Larry  Kilstrup
      1880 S. Filbert Court                  Aviva
      Denver CO 80222


Please return top part with your payment... AMT ENC _____   CHK # _____

  79   Kilstrup                              CHARGES    RECEIPTS    BALANCE FWD
         Balance Forward                                                431.30
 5-30-03   EL16291-16291=0KW*1.2  D-09         0.00
           JUN SLIP RENT    D-09             341.25
           JUN ACTV. DUES   D-09              60.00
           JUN CABLE        D-09              19.00




 6-03-03        CUR           -30           -60          -90+    BALANCE DUE
    79        420.25        431.30         0.00         0.00         851.55

       *RECORDS SHOW INSURANCE EXPIRATION 06-05-03 PLEASE SUPPLY NEW ENDORSEMENT*
                   CAPITAL YACHT CLUB          (202) 488-8110



RECEIVED JUL 0 7 2003

PLAINTIFF'S
EXHIBIT O

3932

**Capital Yacht Club**
1000 Water Street, S.W.  Washington, DC 20024
Phone (202) 488-8110  FAX (202) 488-1429

## TRANSIENT DOCKAGE

### GENERAL INFORMATION

**VESSEL NAME:** Aviva

**TELEPHONE NUMBER:**

**OWNER'S NAME:** Larry A. Nilstrup

**CAPTAIN'S NAME:**

**BILLING ADDRESS (PLEASE PRINT):** 1880 S Filbert CT
Denver CO 80222

| DATE IN | DATE OUT | LENGTH | DOCK | SLIP NUMBER |
|---|---|---|---|---|
| Jan 1, 03 | July 31, 03 | 55' | D | 9 |

**CHECKED IN BY:**

**CHECKED OUT BY:**

**KEYS GIVEN**
**KEYS RETURNED**

### ELECTRIC INFORMATION

|  | DATE | READING | INITIALS |
|---|---|---|---|
| METER IN |  |  |  |
| METER OUT |  |  |  |

KW DIFFERENCE  X  CURRENT KW RATE  =  TOTAL ELECTRIC CHARGE

### CHARGES

DAILY DOCK CHARGE  68.75  X  DAYS  62  = 4262.50

DISCOUNTS ............
ELECTRIC ............
MERCHANDISE ............
CREDIT CARD FEES - 3.5% ............
TAX 5.75% ............ 1838?
MISCELLANEOUS ............
**TOTAL DUE** ............

DISCOUNTS ............
WOMEN ABOARD - 10% *
WEEKLY - 10%*
(7 CONSECUTIVE NIGHTS) ............
MONTHLY - 25%**
(30 CONSECUTIVE NIGHTS) ............
P.R.Y.C.A. - 50%** ............
C.B.Y.C.A. - 50%** ............
**TOTAL DISCOUNT**

TYPE OF PAYMENT
☐ CASH  ☐ CHECK  ☐ CREDIT CARD

* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts

WHITE - CUSTOMER COPY  YELLOW - STEWARD COPY  PINK - OFFICE COPY

PLAINTIFF
EXHIBIT
F

Mar 02 04 12:19p                                                                                   p.3

3980

**Capital Yacht Club**
1000 Water Street, S.W.   Washington, DC 20024
Phone (202) 488-8110   FAX (202) 488-1429

# TRANSIENT DOCKAGE

## GENERAL INFORMATION

**VESSEL NAME:** Aviva

**TELEPHONE NUMBER:**

**OWNER'S NAME:** Larry Killstrup

**CAPTAIN'S NAME:**

**BILLING ADDRESS (PLEASE PRINT):** 1880 South Filbert Court, Denver, CO 80222

| DATE IN | DATE OUT | LENGTH | DOCK | SLIP NUMBER |
|---|---|---|---|---|
| 8/1/2003 | 8/31/2003 | 55 | D | 9 |

**CHECKED IN BY:**

**CHECKED OUT BY:**

**KEYS GIVEN / KEYS RETURNED:**

## ELECTRIC INFORMATION

|  | DATE | READING | INITIALS |
|---|---|---|---|
| METER IN |  |  |  |
| METER OUT |  |  |  |

KW DIFFERENCE [ ] X CURRENT KW RATE [ ] = TOTAL ELECTRIC CHARGE [ ]

## CHARGES

DAILY DOCK CHARGE [68.75] X DAYS [31] = 2131.25
                                          532.81
DISCOUNTS
ELECTRIC
MERCHANDISE
CREDIT CARD FEES - 3.5%
TAX 5.75%                                  91.91
MISCELLANEOUS
TOTAL DUE                                 1690.35

DISCOUNTS
WOMEN ABOARD - 10% *
WEEKLY - 10%*
    (7 CONSECUTIVE NIGHTS)
MONTHLY - 25%**
    (30 CONSECUTIVE NIGHTS)
P.R.Y.C.A. - 50%**
C.B.Y.C.A. - 50%**
**TOTAL DISCOUNT**

\* Inclusive with Women Aboard/weekly rates
\*\*Exclusive of all other discounts

**TYPE OF PAYMENT**
☐ CASH   ☐ CHECK   ☐ CREDIT CARD

WHITE - CUSTOMER COPY   YELLOW - STEWARD COPY   PINK - OFFICE COPY

4009

**Capital Yacht Club**
1000 Water Street, S.W.   Washington, DC 20024
Phone (202) 488-8110   FAX (202) 488-1429

**TRANSIENT DOCKAGE**

### GENERAL INFORMATION

**VESSEL NAME:** Avila

**TELEPHONE NUMBER:**

**OWNER'S NAME:** Larry A. Kilstrom

**CAPTAIN'S NAME:**

**BILLING ADDRESS (PLEASE PRINT):** 18800 South Filbert court  Denver, CO 80222

**DATE IN:** Sept 1
**DATE OUT:** Sept 30
**LENGTH:** 55
**DOCK:** D
**SLIP NUMBER:** 9

**CHECKED IN BY:**
**CHECKED OUT BY:**

**KEYS GIVEN / KEYS RETURNED:**

### ELECTRIC INFORMATION

|            | DATE | READING | INITIALS |
|------------|------|---------|----------|
| METER IN   |      |         |          |
| METER OUT  |      |         |          |

**KW DIFFERENCE** X **CURRENT KW RATE** = **TOTAL ELECTRIC CHARGE:** N/A

### CHARGES

**DAILY DOCK CHARGE:** 68 75/100  X  **DAYS:** 30  =  2062 50
DISCOUNTS ................ 515 62
ELECTRIC .....................
MERCHANDISE ............
CREDIT CARD FEES - 3.5% .........
TAX 5.75% ............ 88 95
MISCELLANEOUS ..........
**TOTAL DUE** ............ 1635 83

DISCOUNTS
WOMEN ABOARD - 10% *
WEEKLY - 10%*
  (7 CONSECUTIVE NIGHTS).........
MONTHLY - 25%**    515 62
  (30 CONSECUTIVE NIGHTS).......
P.R.Y.C.A. - 50%** .............
C.B.Y.C.A. - 50%** ............
**TOTAL DISCOUNT**

* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts

**TYPE OF PAYMENT**
☐ CASH   ☐ CHECK   ☐ CREDIT CARD

WHITE - CUSTOMER COPY   YELLOW - STEWARD COPY   PINK - OFFICE COPY

4016

**Capital Yacht Club**
1000 Water Street, S.W.  Washington, DC 20024
Phone (202) 488-8110  FAX (202) 488-1429

## TRANSIENT DOCKAGE

### GENERAL INFORMATION

| VESSEL NAME | TELEPHONE NUMBER |
|---|---|
| Aviva | |

| OWNER'S NAME | CAPTAIN'S NAME |
|---|---|
| Larry A. Kilstrup | |

BILLING ADDRESS (PLEASE PRINT)
18800 South Filbert Court
Denver, CO 80222

| DATE IN | DATE OUT | LENGTH | DOCK | SLIP NUMBER |
|---|---|---|---|---|
| Oct 1 | Oct 31 | 55 | D | 9 |

CHECKED IN BY

CHECKED OUT BY

KEYS GIVEN
KEYS RETURNED

### ELECTRIC INFORMATION

| | DATE | READING | INITIALS |
|---|---|---|---|
| METER IN | | | |
| METER OUT | | | |

KW DIFFERENCE  X  CURRENT KW RATE  =  TOTAL ELECTRIC CHARGE: N/A

### CHARGES

DAILY DOCK CHARGE: 68.00  X  DAYS: 31  =  2131.25
                                            -532.81

DISCOUNTS
ELECTRIC
MERCHANDISE
CREDIT CARD FEES - 3.5%
TAX 5.75% ..................... 91.91
MISCELLANEOUS
**TOTAL DUE** ............... 1690.35

DISCOUNTS
WOMEN ABOARD - 10% *
WEEKLY - 10%*
 (7 CONSECUTIVE NIGHTS)
MONTHLY - 25%**        532.81
 (30 CONSECUTIVE NIGHTS)
P.R.Y.C.A. - 50%**
C.B.Y.C.A. - 50%**
**TOTAL DISCOUNT**

* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts

TYPE OF PAYMENT
☐ CASH  ☐ CHECK  ☐ CREDIT CARD

WHITE - CUSTOMER COPY    YELLOW - STEWARD COPY    PINK - OFFICE COPY

4028

## Capital Yacht Club
1000 Water Street, S.W.  Washington, DC 20024
Phone (202) 488-8110  FAX (202) 488-1429

## TRANSIENT DOCKAGE

### GENERAL INFORMATION

**VESSEL NAME:** Ariva

**TELEPHONE NUMBER:**

**OWNER'S NAME:** Larry Kilstrup

**CAPTAIN'S NAME:**

**BILLING ADDRESS (PLEASE PRINT):** 1880 South Filbert Court, Denver, CO 80222

**DATE IN:** Nov. 1

**DATE OUT:** Nov. 30

**LENGTH:** 55'

**DOCK:** D

**SLIP NUMBER:** 9

**CHECKED IN BY:**

**CHECKED OUT BY:**

**KEYS GIVEN:**

**KEYS RETURNED:**

### ELECTRIC INFORMATION

|              | DATE | READING | INITIALS |
|--------------|------|---------|----------|
| METER IN     |      |         |          |
| METER OUT    |      |         |          |

KW DIFFERENCE [ ] X CURRENT KW RATE [ ] = TOTAL ELECTRIC CHARGE [ ]

### CHARGES

DAILY DOCK CHARGE: 68 75/100  X  DAYS: 30  =  2062 50
                                               515 62

DISCOUNTS ........
ELECTRIC ............
MERCHANDISE .......
CREDIT CARD FEES - 3.5% .......
TAX 5.75% ..............  88 95
MISCELLANEOUS ........  1635 83
TOTAL DUE ..............

DISCOUNTS .................
WOMEN ABOARD - 10%*
WEEKLY - 10%*
  (7 CONSECUTIVE NIGHTS) .........
MONTHLY - 25%**
  (30 CONSECUTIVE NIGHTS) ........
P.R.Y.C.A. - 50%** ..............
C.B.Y.C.A. - 50%** ..............
**TOTAL DISCOUNT**

\* Inclusive with Women Aboard/weekly rates
\*\* Exclusive of all other discounts

**TYPE OF PAYMENT:**
☐ CASH  ☐ CHECK  ☐ CREDIT CARD

WHITE - CUSTOMER COPY    YELLOW - STEWARD COPY    PINK - OFFICE COPY

Mar 01 04 03:04p                                                                                      p.3

4029

**Capital Yacht Club**
1000 Water Street, S.W.   Washington, DC 20024
Phone (202) 488-8110   FAX (202) 488-1429

# TRANSIENT DOCKAGE

## GENERAL INFORMATION

| VESSEL NAME | TELEPHONE NUMBER |
|---|---|
| Aviva | |

| OWNER'S NAME | CAPTAIN'S NAME |
|---|---|
| Larry Kilstrup | |

**BILLING ADDRESS (PLEASE PRINT)**
1850 South Filbert Court
Denver, CO 80222

| DATE IN | DATE OUT | LENGTH | DOCK | SLIP NUMBER |
|---|---|---|---|---|
| Dec. 1 | Dec. 31 | 55 | D | 9 |

| CHECKED IN BY | CHECKED OUT BY |
|---|---|
| | |
| | KEYS GIVEN |
| | KEYS RETURNED |

## ELECTRIC INFORMATION

| | DATE | READING | INITIALS |
|---|---|---|---|
| METER IN | | 17307 | |
| METER OUT | | 20822 | |

| KW DIFFERENCE | CURRENT KW RATE | TOTAL ELECTRIC CHARGE |
|---|---|---|
| 3515 | X .10 | = 351.50 |

## CHARGES

DAILY DOCK CHARGE   DAYS
68.75  X  31  = 2131 25
                   -572 81
DISCOUNTS .........        351 50
ELECTRIC ..........
MERCHANDISE ......
CREDIT CARD FEES - 3.5% ....
TAX 5.75% ............        91 91
MISCELLANEOUS ......       2041 85
**TOTAL DUE** ..........

DISCOUNTS ..................
WOMEN ABOARD - 10% *
WEEKLY - 10%*
(7 CONSECUTIVE NIGHTS).........
MONTHLY - 25%**
(30 CONSECUTIVE NIGHTS)........
P.R.Y.C.A. - 50%**............
C.B.Y.C.A. - 50%**............
**TOTAL DISCOUNT**

* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts

TYPE OF PAYMENT
☐ CASH   ☐ CHECK   ☐ CREDIT CARD

WHITE - CUSTOMER COPY   YELLOW - STEWARD COPY   PINK - OFFICE COPY

4030

**Capital Yacht Club**
1000 Water Street, S.W.   Washington, DC 20024
Phone (202) 488-8110   FAX (202) 488-1429

# TRANSIENT DOCKAGE

## GENERAL INFORMATION

VESSEL NAME: Aviva
TELEPHONE NUMBER:
OWNER'S NAME: Larry Kilgtrup
CAPTAIN'S NAME:
BILLING ADDRESS (PLEASE PRINT): 1880 South Filbert Court, Denver CO 80222

DATE IN: Jan 1
DATE OUT: Jan 31
LENGTH: 55
DOCK: D
SLIP NUMBER: 9

CHECKED IN BY:
CHECKED OUT BY:

KEYS GIVEN:
KEYS RETURNED:

## ELECTRIC INFORMATION

| | DATE | READING | INITIALS |
|---|---|---|---|
| METER IN | | 17307 | |
| METER OUT | | 20822 | |

KW DIFFERENCE: 3515
CURRENT KW RATE: .10
TOTAL ELECTRIC CHARGE: 351.50

## CHARGES

DAILY DOCK CHARGE: 68.75  X  DAYS: 31  = 2131 25
                                         -532 81
ELECTRIC:                                 351 50
MERCHANDISE:
CREDIT CARD FEES - 3.5%:
TAX 5.75%:                                 91 91
MISCELLANEOUS:                           2041 85
TOTAL DUE:

DISCOUNTS
WOMEN ABOARD - 10% *
WEEKLY - 10%*
(7 CONSECUTIVE NIGHTS)
MONTHLY - 25%**
(30 CONSECUTIVE NIGHTS)
P.R.Y.C.A. - 50%**
C.B.Y.C.A. - 50%**
TOTAL DISCOUNT

* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts

TYPE OF PAYMENT
☐ CASH   ☐ CHECK   ☐ CREDIT CARD

WHITE - CUSTOMER COPY   YELLOW - STEWARD COPY   PINK - OFFICE COPY

4031

**Capital Yacht Club**
1000 Water Street, S.W.  Washington, DC 20024
Phone (202) 488-8110  FAX (202) 488-1429

## TRANSIENT DOCKAGE

### GENERAL INFORMATION

VESSEL NAME: Larry Killstrup
TELEPHONE NUMBER:
OWNER'S NAME: Aviva
CAPTAIN'S NAME:
BILLING ADDRESS (PLEASE PRINT): 1850 South Fillbert court
Denver, CO 80222

| DATE IN | DATE OUT | LENGTH | DOCK | SLIP NUMBER |
|---|---|---|---|---|
| Feb. 1 | Feb. 29 | 55 | D | 9 |

CHECKED IN BY:
CHECKED OUT BY:
KEYS GIVEN
KEYS RETURNED

### ELECTRIC INFORMATION

| | DATE | READING | INITIALS |
|---|---|---|---|
| METER IN | | 20822 | |
| METER OUT | | 23685 | |

| KW DIFFERENCE | CURRENT KW RATE | TOTAL ELECTRIC CHARGE |
|---|---|---|
| 2863 | X .10 | = 286.30 |

### CHARGES

DAILY DOCK CHARGE: 68.75  X  DAYS: 29  = 1993 75
DISCOUNTS: -498.44       498 44
ELECTRIC                 286 30
MERCHANDISE
CREDIT CARD FEES - 3.5%
TAX 5.75%                 85 98
MISCELLANEOUS           1881 59
**TOTAL DUE**

DISCOUNTS
WOMEN ABOARD - 10% *
WEEKLY - 10% *
  (7 CONSECUTIVE NIGHTS)
MONTHLY - 25% **
  (30 CONSECUTIVE NIGHTS)
P.R.Y.C.A. - 50% **
C.B.Y.C.A. - 50% **
**TOTAL DISCOUNT**

TYPE OF PAYMENT
☐ CASH  ☐ CHECK  ☐ CREDIT CARD

* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts

WHITE - CUSTOMER COPY    YELLOW - STEWARD COPY    PINK - OFFICE COPY

TOTAL DUE
TYPE OF PAYMENT
☐ CASH  ☐ CHECK  ☐ CREDIT CARD
TOTAL DISCOUNT
* Inclusive with Women Aboard/weekly rates
** Exclusive of all other discounts
WHITE - CUSTOMER COPY    YELLOW - STEWARD COPY    PINK - OFFICE COPY