

FILED CO-386-online
10/03

FEB 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Capital Yacht Club )
)
)
)
Plaintiff )     Civil Action N
    vs )
)
M/V AVIVA and )
$26,812.50 Bond et. al. )
)
Defendant )

CASE NUMBER  1:06CV00296

JUDGE: Ricardo M. Urbina

DECK TYPE: Contract

DATE STAMP: 02/21/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Capital Yacht Club_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Capital Yacht Club_____ which have

any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD 08307
_____
BAR IDENTIFICATION NO.

Lisa P. Ellis, Esq.
_____
Print Name

3009 Greenhaven Court, Suite 100
_____
Address

Ellicott City, MD  21042
_____
City          State          Zip Code

410-461-7373
_____
Phone Number

3